# STONBERG MORAN, LLP

Attorneys at Law
505 Eighth Avenue, Suite 2302
New York, New York   10018
Phone: (212) 231-2220
Fax: (646) 349-3528
www.stonbergmoran.com

January 7, 2022

**<u>By ECF</u>**

United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York   10007

Attn:   Chambers of the Hon. Lorna G. Schofield

Re:    Travelers Property & Casualty Company of America v. Clear Blue Specialty
Insurance Company
Case No.: 1:21-cv-09368
Our File No.: 40273

Honorable Schofield:

Our office was just retained to represent Defendant Clear Blue Specialty Insurance Company ("CBSIC") in this matter.  We respectfully requested an extension of time to respond to the Complaint through February 4, 2022.  Counsel for Plaintiff has consented to our request.

This is our first request for an extension of time to respond to the Complaint and is made because we were just retained and do not yet have a full copy of our client's file.

We also respectfully request an extension of the initial conference to February 18, 2022 and an extension of the filing of the Proposed Civil Case Management Plan and Scheduling Order to February 12, 2022 for the same reasons. Counsel for the Plaintiff consents to this request as well.

We thank the Court for its courtesies.

Very truly yours,

*/s/ Sherri N. Pavloff/*

Sherri N. Pavloff

Application GRANTED.  Defendant's deadline to answer or otherwise respond to the complaint is extended to February 4, 2022.  The parties' deadline to file IPTC materials is extended to February 9, 2022, at noon.  The initial pretrial conference scheduled for January 19, 2022, is adjourned to February 16, 2022, at 4:00 p.m. The parties shall call (888) 363-4749 and enter the access code 558-3333.  So Ordered.

Dated: January 10, 2022
   New York, New York

*/s/ Lorna G. Schofield/*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*cc via ECF:*

Lisa Szczepanski, Esq
Attorneys for Plaintiff
The Travelers Property Casualty Company
of America
Main: 917.778.6680
Fax: 844.571-3789
lszczepa@travlers.com