UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
TRAVELERS PROPERTY CASUALTY              :
COMPANY OF AMERICA,                      :
                            Plaintiff,   :
:
          -against-              :
:
CLEAR BLUE SPECIALTY INSURANCE           :   21 Civ. 9368 (LGS)
COMPANY,                                 :
                          Defendant.   :   ORDER
:
-------------------------------------------------------------:
:
CLEAR BLUE SPECIALTY INSURANCE           :
COMPANY,                                 :
                        Third-Party  :
                        Plaintiff,   :
:
          -against-              :
:
CERTAIN INTERESTED UNDERWRITERS          :
AT LLOYD'S LONDON,                       :
                        Third-Party  :
                        Defendant.   :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference was held on January 25, 2023, at 4:00 P.M. For the reasons discussed at the conference, it is hereby

       **ORDERED** that the parties shall proceed with settlement discussions. By **February 22, 2023**, the parties shall file a joint letter apprising the Court of the status of their discussions. By **March 8, 2023**, the parties shall file another such letter, including any request for additional time needed for further discussion. It is further

       **ORDERED** that if no agreement is reached, a briefing schedule for the parties' cross-motions for summary judgment will be entered.

Dated: January 26, 2023
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE